AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| UNITED STATES | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:21-cr-00452-TFH |
| KENNETH REDA | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

KENNETH REDA.

Date: 07/12/2021

/s/Nabeel Kibria
*Attorney's signature*

NABEEL KIBRIA DC BAR #1022468
*Printed name and bar number*
1627 I (EYE) ST.,NW
SUITE 600, #509
WASHINGTON, DC 20006

*Address*

nabeel@ervinkibrialaw.com
*E-mail address*

(202) 689-4439
*Telephone number*

*FAX number*