NOTICE OF APPEARANCE IN A CRIMINAL CASE

**CLERK'S OFFICE**
**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**
**WASHINGTON, D.C.   20001**

UNITED STATES OF AMERICA

vs.                                           Criminal Number   1:21-cr-00452-TFH

**Kenneth John Reda**
(Defendant)

TO:   ANGELA CAESAR, CLERK

YOU ARE HEREBY NOTIFIED THAT I APPEAR FOR THE DEFENDANT INDICATED ABOVE IN THE ENTITLED ACTION.

I AM APPEARING IN THIS ACTION AS:   (Please check one)

☐ CJA     ■ RETAINED     ☐ FEDERAL PUBLIC DEFENDER

_____
(Signature)

PLEASE PRINT THE FOLLOWING INFORMATION:

Terrence O'Sullivan Bar ID FL0094
(Attorney & Bar ID Number)
Terrence O'Sullivan Law, P.A.
(Firm Name)
1250 W. Eau Gallie Blvd, Ste G.
(Street Address)
Melbourne, Florida 32935
(City)        (State)        (Zip)
321-848-2144, 321-422-2882
(Telephone Number)