# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

UNITED STATES of AMERICA,

vs.                                                                               Case no.: 1:21-cr-00452-TFH

KENNETH REDA

      Defendant.

-----------------------------/

## UNOPPOSED MOTION TO CONTINUE SENTENCING

The Defendant, by and through undersigned counsel, respectfully requests that this Honorable Court continue the sentencing in this matter which is set for February 9, 2022. As good grounds, the defendant would state:

1. This matter is currently set for sentencing on February 9, 2022, before the Honorable Thomas F. Hogan.
2. The defense is continuing to receive discovery. This discovery is material and will be addressed at sentencing.
3. Undersigned needs additional time to review this discovery with the defendant and incorporate it into a sentencing memorandum.
4. Defense counsel has been in close contact with SAUSA Jacob Steiner during the pendency of this case.
5. The Government and the Defense would respectfully request a sentencing date in March 2022. The parties are available any time in March 2022 with the exception of March 7,11 and 15.
6. SAUSA Jacob Steiner does not object to this continuance.
7. Other grounds to be argues ore tenus.

WHERFORE, the defendant respectfully requests that this sentencing be continued to allow the defense to review discovery.

CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was filed via pacer and sent via email to SAUSA Jacob Steiner on this 28th day of January 2022.

    Terrence O'Sullivan, Esq.
Terrence O'Sullivan Law, P.A.
2407 Deercroft Drive
Melbourne, Florida 32940
321-848-2144 (cell)
321-422-2882 (office)
Terrence@TerrenceOSullivanLaw.com

**By:** */s/ Terrence O'Sullivan*
TERRENCE O'SULLIVAN, ESQUIRE
Florida Bar No.: 644031