**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | **Case No. 1:21-cr-452 (TFH)** |
| **v.** : | |
| : | |
| **KENNETH JOHN REDA,** : | |
| : | |
| **Defendant.** : | |

## NOTICE OF FILING

The United States requests that the following exhibits be made a part of the record in this case and be considered by the Court for sentencing purposes. These exhibits are referenced in the Government's Sentencing Memorandum and will be provided to the Court. The United States does not oppose public release of these exhibits.

- Exhibit B: 8-second video from the Defendant's cell phone, taken at 2:11 p.m. on January 6, 2021.

- Exhibit C: 27-second video from the Defendant's cell phone, taken at 2:19 p.m. on January 6, 2021.

- Exhibit D: 3-second video from the Defendant's cell phone, taken at 3:05 p.m. on January 6, 2021.

Respectfully submitted,

MATTHEW M. GRAVES
UNITED STATES ATTORNEY

By:   */s/ Jacob R. Steiner*
JACOB R. STEINER
CA Bar No. 325239
Trial Attorney, Detailee
555 4th Street, N.W.
Washington, D.C. 20530
202-924-5829
Jacob.Steiner@usdoj.gov