UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

UNITED STATES of AMERICA,

vs.                                                             Case no.: 1:21-cr-00452-TFH

KENNETH REDA

    Defendant.

-----------------------------/

**UNOPPOSED MOTION TO CONTINUE SENTENCING**

The Defendant, by and through undersigned counsel, respectfully requests that this Honorable Court continue the sentencing in this matter which is set for March 4, 2022. As good grounds, the defendant would state:

1. This matter is currently set for sentencing on March 4, 2022, before the Honorable Thomas F. Hogan.
2. The defendant was admitted to Holmes Regional Medical Center on Tuesday March 1, 2022. On today's date a procedure was done that involved anesthesia. Reda is under the care of Dr. Croft (cardiology) and attending PA is Kuba.
3. Mr. Reda advised undersigned of this medical situation immediately. Counsel then advised SAUSA Steiner and Court Room Deputy A. Hill at once.
4. Counsel advised SAUSA Steiner via email and phone and Court Room Deputy A. Hill via email of the potential that a continuance may be necessary. At the time of the communication, undersigned believed Mr. Reda would be released and ready for sentencing on March 4, 2022.
5. Unfortunately, Mr. Reda remains hospitalized with a potential release date of March 3, or March 4, 2022.
6. SAUSA Jacob Steiner does not object to this continuance.
7. Other grounds to be argues ore tenus.

WHERFORE, the defendant respectfully requests that this sentencing be continued to allow the defendant to be released from the hospital and attend the sentencing.

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was filed via pacer and sent via email to SAUSA Jacob Steiner on this 3rd day of March 2022.

                                                                   Terrence O'Sullivan, Esq.
Terrence O'Sullivan Law, P.A.
2407 Deercroft Drive
Melbourne, Florida 32940
321-848-2144 (cell)
321-422-2882 (office)
Terrence@TerrenceOSullivanLaw.com

**By:** */s/ Terrence O'Sullivan*

TERRENCE O'SULLIVAN, ESQUIRE

Florida Bar No.: 644031